

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Randy Durham,

Vs. No. 11-16-00183-CV

Hallmark County Mutual
Insurance Company,

\* From the 358th District Court
   of Ector County
   Trial Court No. D-137,194-A.

\* July 19, 2018

\* Memorandum Opinion by Wright, S.C.J.
   (Panel consists of: Willson, J.,
   Bailey, J., and Wright, S.C.J., sitting
   by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Randy Durham.